

# NUMBER 13-20-00198-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF A.J.R., A.R., AND A.J.R., CHILDREN

**On appeal from the 438th District Court
of Bexar County, Texas.**

## MEMORANDUM OPINION

**Before Justices Benavides, Hinojosa, and Tijerina
Memorandum Opinion by Justice Benavides**

Appellant, D.Y., perfected an appeal from a judgment entered by the 438th District Court of Bexar County in cause number 2014-CI-13956.[1] This cause is now before the Court on appellant's amended unopposed motion to dismiss the appeal.

---

[1] This case was transferred from the Fourth Court of Appeals in San Antonio to this Court pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

The Court, having considered the documents on file and the amended motion to dismiss the appeal, is of the opinion that the motion should be GRANTED. *See* TEX. R. APP. P. 42.1(a). The amended motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

Therefore, having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GINA M. BENAVIDES
Justice

Delivered and filed the
17th day of September, 2020.